UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**25-CR-60016-DAMIAN/VALLE**

CASE NO. _____

7 U.S.C. § 2156(b)
18 U.S.C. § 49
7 U.S.C. § 2156(e)

UNITED STATES OF AMERICA

vs.

TREMAINE MARVIN RANDALL,

    Defendant.

_____/

FILED BY __BM__ D.C.

Feb 3, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INFORMATION

The United States Attorney charges that:

**COUNTS 1-10**
**Possession, Training, and Receipt of a Dog for Use in an Animal Fighting Venture**
**(18 U.S.C. § 2156(b)(1))**

On or about January 14, 2025, in Broward County, in the Southern District of Florida, the defendant,

**TREMAINE MARVIN RANDALL,**

did knowingly possess, train, and receive a dog for purposes of having the dog participate in an animal fighting venture, as defined in Title 7, United States Code, Section 2156(f)(1), as set forth below:

| COUNT | U.S. MARSHALS DOG IDENTIFICATION NUMBER |
|---|---|
| 1 | USM-1977 |
| 2 | USM-1978 |
| 3 | USM-1979 |
| 4 | USM-1980 |
| 5 | USM-1981 |
| 6 | USM-1982 |
| 7 | USM-1983 |

| COUNT | U.S. MARSHALS DOG IDENTIFICATION NUMBER |
|---|---|
| 8 | USM-1984 |
| 9 | USM-1985 |
| 10 | USM-1986 |

in violation of Title 7, United States Code, Section 2156(b) and Title 18, United States Code, Sections 2 and 49.

## FORFEITURE ALLEGATIONS

1. The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **TREMAINE MARVIN RANDALL**, has an interest.

2. Upon conviction of a violation of Title 7, United States Code, Section 2156, as alleged in this Information, the defendant shall forfeit to the United States any animal involved in the offenses, pursuant to Title 7, United States Code, Section 2156(e). The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, the following dogs seized from 721 NE 45th Court, Pompano Beach, Florida 33064:

   a. USM-1977;
   b. USM-1978;
   c. USM-1979;
   d. USM-1980;
   e. USM-1981;
   f. USM-1982;
   g. USM-1983;
   h. USM-1984;
   i. USM-1985; and
   j. USM-1986.

2

All pursuant to Title 7, United States Code, Section 2156(e), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

*[signature]*, SLC (Edward N. Stamm)
HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

*[signature]*
ALEXANDRA D. COMOLLI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: **25-CR-60016-DAMIAN/VALLE**

v.

TREMAINE MARVIN RANDALL,

_____/
Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☐ Miami   ☐ Key West   ☐ FTP
☒ FTL     ☐ WPB

I do hereby certify that:
1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                (Check only one)
   I   ☒ 0 to 5 days               ☐ Petty
   II  ☐ 6 to 10 days              ☐ Minor
   III ☐ 11 to 20 days             ☐ Misdemeanor
   IV  ☐ 21 to 60 days             ☒ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 25-mj-6022
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of January 14, 2025
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? Yes

By: _____
ALEXANDRA D. COMOLLI
Assistant United States Attorney
Court ID No.   A5502803

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**:  TREMAINE MARVIN RANDALL

**Case No**: _____

Counts #: 1-10

Possession, Training, and Receipt of an Animal for Use in an Animal Fighting Venture

Title 7, United States Code, Section 2156(b)(1)
* **Max. Term of Imprisonment: 5 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine:  $250,000**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. **25-CR-60016-DAMIAN/VALLE** |
| TREMAINE MARVIN RANDALL, ) | |
| ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Wesley Wallace, Assistant Federal Public Defender
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*